

MOTION UNDER 28 U.S.C. SECTION 2255
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

---

UNITED STATES

08CV246
JUDGE HOLDERMAN
MAG. JUDGE COX

v.

)
) CASE NO._____
) (To be supplied by clerk)
)
)
)
_Elijah Baptist #C62348_ )
(Full name and prison number of )
movant) )

**FILED**

J.N ~~Jan 11, 2008~~
JAN 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE <u>FUTURE</u> UNDER
A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE
A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.

1. Place of detention, or if on parole, date of parole release

   _parole 10-23-1991_____.

2. Name and location of court which sentence was imposed and name
   of judge who imposed the sentence which is now under attack.

   _Cook County Criminal Court, Judge Earl Strayhorn_

3.  Date of judgment of conviction: _June 1976_

4.  Case number: _74-5258_

5.  Length of sentence: _60 to 80 years / seven years_

6.  Nature of offense involved (all counts): _murder and attempted armed robbery_

7.  What was your plea?          (check one)

    (A) Not guilty           (✓)
    (B) Guilty               ( )
    (C) Nolo Contendere      ( )

8.  Kind of trial:             (check one)

    (A) Jury                 (✓)
    (B) Judge only           ( )

9.  Did you testify at the trial?

    Yes ( )                  No (✓)

10. Did you appeal from the judgment of conviction?

    Yes (✓)                  No ( )

11. If you did appeal, answer the following:

    (A) Name of court _Appellate Court of Illinois_
    (B) Result _Reversed & Remanded_
    (C) Date of result _Aug 1978_

12. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    Yes (✓)                  No ( )

13. If your answer to (12) was "YES," give the following information:

(A) (1) Name of court _FEDERAL DISTRICT COURT NORTHERN DIST_

  (2) Nature of proceeding _HABEAS CORPUS_

  (3) Grounds Raised _CHALLENGED OF MY CONVICTION IN THE STATE COURT AND THE ILLINOIS SUPREME COURT RULING_

  (4) Did you receive an evidentiary hearing on your petition, application or motion?

  Yes ( )   No ( ✓ )

  (5) Result _MOTION DISMISSED_

  (6) Date of result _1985_

(B) As to any second petition, application or motion, give the same information:

  (1) Name of the court _CIRCUIT COURT OF COOK COUNTY_

  (2) Nature of proceeding _PETITION OF MANDAMUS_

  (3) Grounds Raised _WHETHER OR NOT PETITIONER HAS SERVE ALL OF HIS PAROLE TIME_

  (4) Did you receive an evidentiary hearing on your petition, application or motion?

  Yes ( )   No ( ✓ )

  (5) Result _DISMISSED_

  (6) Date of result _2005_

(C) As to any third petition, application or motion, give the same information:

  (1) Name of the court _____

  (2) Nature of proceeding _____

  (3) Grounds Raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ( )          No ( )

(5) Result_____

(6) Date of result_____

(D) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.     Yes ( )     No (✓)

(2) Second petition, etc.    Yes ( )     No (✓)

(3) Third petition, etc.     Yes ( )     No (✓)

(E) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Didn't have access to the prison law library to put forth my defense on my direct habeas corpus. Also this is my first petition challenging my parole. Didn't have funds to pay court cost for transcript to appeal the court ruling on my petition of mandamus

14. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

CAUTION:  IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.

A. Ground one Illinois Department of Corrections refusing to give me goodtime credit.

Supporting FACTS (tell your story briefly without citing cases or law:
On Oct. 23, 1991, I was parole from Western Illinois Correctional Center and according to the Department of Corrections, my maximum date for being release of parole was in 2016. Even though I'm on parole, I still suppose to receive goodtime credit which reduces my time on parole, but (conti.)

B.  Ground two I'm being kept on parole because of a civil complaint that I file against Dept of Corr.

Supporting FACTS (tell your story briefly without citing cases or law):
I filed a civil complaint #05C168 against the Dept of Correction for wrongful incarceration and this is why I'm being kept on parole even after my parole time has been done, I should've been taken off parole in 1994.

C.  Ground three _____

Supporting FACTS (tell your story briefly without citing cases or law):

Ground four _____

_____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law:

_____

_____

_____

_____

_____

15. If any of the grounds listed in 14 A, B, C, and D were not previously presented, state <u>briefly</u> what grounds were not so presented, and give your reasons for not presenting them:

    *Good time credit while on parole, but I'm not challenging my conviction*

16. Do you have any petition or appeal now pending in any court as to the judgment under attack?     Yes ( )     No (✓)

    (A) If "**YES**," state the name of the court and the nature of the proceeding: _____

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (A) At preliminary hearing _____

    (B) At arraignment and plea _____

  (C) At trial_____

  _____

  (D) At sentencing_____

  _____

  (E) On appeal_____

  _____

  (F) In any post-conviction proceeding_____

  _____

  (G) On appeal from any adverse ruling in a post-conviction proceeding_____

  _____

18. Were you sentenced on more than one count of an indictment, or more than one indictment, in the same court and at approximately the same time? Yes (  ) No (  )

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
           Yes (  ) No (  )

  (A) If so, give the name and location of the court which imposed the sentence to be served in the future:_____

  _____

  _____

  (B) And give the date and length of sentence to be served in the future:_____

  _____

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____     _Elijah Baptist_____
Signature of attorney (if any)              Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _1-11-08_____
                    (date)

_Elijah Baptist_____
Signature of Movant