

08CV246
JUDGE HOLDERMAN
MAG. JUDGE COX

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
J.N
JAN 11 2008
Jan 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Elijah Baptist_
(Please print)

STREET ADDRESS: _5920 S. Green St._

CITY/STATE/ZIP: _Chicago Illinois 60621_

PHONE NUMBER: _773-892-0541_

CASE NUMBER: _____

_Elijah Baptist_                     _1-11-08_
Signature                                  Date