08CV246
JUDGE HOLDERMAN
MAG. JUDGE COX

cont'

FILED
J.N Jan 11, 2008
JAN 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

After being taken back into custody in July of 2004 to determine if I was a parole violater and re-release in Sept of 2004 because I wasnt a violater the Department of correction put my parole date back to 2014.

My orginal maximum date was 2015 when I frist enter the Depatment in 1976 and for good behavier I earn 90 days a year of compensation good time. Since I've been on parole according to the Department of corrections, I've not receive any goodtime, so I'm being punish by them for being on parole and good behavier. I've had conversation with every parole officer that I've and was told by them that there is nothing that they can do. I've even ask them to be submitted to be taken off parole and their supervisor refuse to submit my request to the parole Board.

In 2005, I filed a civil suit against the Department of corrections and this is why they refuse to release me off parole, knowing that my parole was officel over in the 90's (1994)