# United States District Court

## Northern District of Illinois

Eastern Division

| | |
|---|---|
| Elijah Baptist | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 246 |
| USA | |

☐  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the petitioner, Elijah Baptist does not have a cause of action under §2244 and his motion is denied.  Civil case terminated.

Michael W. Dobbins, Clerk of Court

Date: 6/17/2008

_____
/s/ Alyce Mobley-Morris, Deputy Clerk